# UNITED STATES DISTRICT COURT
for the

_Levi Love_
Petitioner

v.

_Dan Schnurr ET. AL._
Respondent
*(name of warden or authorized person having custody of petitioner)*

Case No. 22-3276-JWL-JPO
*(Supplied by Clerk of Court)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Levi Love III
   (b) Other names you have used: Levi Love; Levi Love JR; Levi Johnson

2. Place of confinement:
   (a) Name of institution: Hutchinson Correctional Facility
   (b) Address: P.O. Box 1568, Hutchinson, KS. 67504
   (c) Your identification number: #52574

3. Are you currently being held on orders by:
   ☐ Federal authorities  ☒ State authorities  ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: Shawnee County District Court - 200 SE 7th St. - Topeka, KS. 66603
   (b) Docket number of criminal case: 97CR878
   (c) Date of sentencing: 12-19-97
   ☐ Being held on an immigration charge
   ☐ Other *(explain)*:

## Decision or Action You Are Challenging

5. What are you challenging in this petition:

☒ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☐ Pretrial detention

☐ Immigration detention

☐ Detainer

☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

☐ Disciplinary proceedings

☐ Other (explain): ~~~~~~~~~~

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: Kansas Supreme Court - 301 S/W 10th Ave. Topeka, KS. 66612-1507
   (b) Docket number, case number, or opinion number: 19-121774-A
   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): Petition for Review denied 3-18-22
   (d) Date of the decision or action: _____

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☒ Yes    ☐ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: Kansas Department of Corrections (Hutchinson Corr. Facility)
       (2) Date of filing: Grievance filed 7-27-18 (Date of discovery 10-5-17)
       (3) Docket number, case number, or opinion number: Grievance #BA00018173
       (4) Result: Refused to Comply to law
       (5) Date of result: 8-23-18 Warden's response  9-17-18 Secretary's Response
       (6) Issues raised: KDOC (Kansas Parole Board) violated several of my constitutional rights by changing the sentence that Judge Theis gave me from the Bench and KDOC is wrong from taking good time credits from me against K.S.A. 22-3717 (etc.) - Then published the fraud (libel) on KDOC's Kasper.com etc.

(b) If you answered "No," explain why you did not appeal: ~~~~~

8. **Second appeal**

   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☒ Yes   ☐ No

   (a) If "Yes," provide:
   
   (1) Name of the authority, agency, or court: Reno County Courthouse - 206 W 1st Ave, - Hutchinson, KS. 67501
   
   (2) Date of filing: 10-11-18 per mailbox rule
   
   (3) Docket number, case number, or opinion number: 18CV352
   
   (4) Result: Denial
   
   (5) Date of result: 1-16-19
   
   (6) Issues raised: ▇▇▇▇▇ Same issues raised in Grievance, Violation of the Double Jeopardy Clause; §10 of Kansas Bill of Rights; 14th Amendment (ETC.) and Fraud, libel (etc.).

   (b) If you answered "No," explain why you did not file a second appeal: ~~~~~

9. **Third appeal**

   After the second appeal, did you file a third appeal to a higher authority, agency, or court?
   ☒ Yes   ☐ No

   (a) If "Yes," provide:
   
   (1) Name of the authority, agency, or court: Kansas Court of Appeals - 301 S/W 10th Ave. Topeka KS. 66612
   
   (2) Date of filing: ▇▇▇▇▇▇▇▇ Docketed 9-4-19
   
   (3) Docket number, case number, or opinion number: 19-121774-A
   
   (4) Result: Denial
   
   (5) Date of result: 2-26-21
   
   (6) Issues raised: Same issues raised in Grievance and in Reno County Court just separated into 3 issues; Issue One - "Mr. Love lost a protected liberty interest..." See memorandum in support of 28 U.S.C.

§ 2241 And see Appellate Brief (19-101274-A) for claims raised w/ evidence in Appendix of Brief.

(b) If you answered "No," explain why you did not file a third appeal:

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes ☐ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes ☐ No

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes ☐ No

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

_____

_____

_____

_____

_____

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes ☐ No

If "Yes," provide:

(a) Date you were taken into immigration custody: _____

(b) Date of the removal or reinstatement order: _____

(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes ☐ No

If "Yes," provide:

(1) Date of filing: _____

(2) Case number: _____

(3) Result: _____

(4) Date of result: _____

(5) Issues raised: _____

_____

_____

_____

(d) Did you appeal the decision to the United States Court of Appeals?

☐ Yes ☐ No

If "Yes," provide:

(1) Name of court: _____

(2) Date of filing: _____

(3) Case number: _____

(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____
_____
_____
_____
_____

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes  ☒ No
If "Yes," provide:
(a) Kind of petition, motion, or application: _____
(b) Name of the authority, agency, or court: _____
(c) Date of filing: _____
(d) Docket number, case number, or opinion number: _____
(e) Result: _____
(f) Date of result: _____
(g) Issues raised: _____
_____
_____
_____
_____
_____

**Grounds for Your Challenge in This Petition**

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** Protected liberty interest violation without due process; Due process violation (etc.)

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

① See Supporting facts in the Appendix of Appellate Brief (19-121774-A) filed 5-26-20 — Attached and filed with this 28 U.S.C. §2241.

② See Memorandum in Support - 28 U.S.C. §2241

(b) Did you present Ground One in all appeals that were available to you?
☒ Yes ☐ No

GROUND TWO: Violation of the Double Jeopardy Clause and §10 of the Kansas Bill of Rights

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

① See Supporting facts in the Appendix of Appellate Brief (19-121774-A) filed 5-26-20 — Attached and filed with this 28 U.S.C. §2241.

② See Memorandum in Support - 28 U.S.C. §2241

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes ☐ No

GROUND THREE: Violation of K.A.R. §44-15-101b "... No grievance, regardless of time of discovery shall be filed later than one year 'after' the event." Mr. Love filed the grievance within the 1yr deadline. First discovery 10-5-17 and grievance filed 7-27-18 on time as admitted to by HCF's Deputy Warden Mr. Vieyra.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

① See Supporting facts in the Appendix of Appellate Brief (19-121774-A) filed 5-26-20 — Attached and filed with this 28 U.S.C. §2241.

② See Memorandum in Support - 28 U.S.C. §2241.

(b) Did you present Ground Three in all appeals that were available to you?
☒ Yes ☐ No

**GROUND FOUR:** Fraud/Libel = The illegal taking of Good Time credits against 22-3717(b) by the Kansas Parole Board (KDOC) illegally paroling me in '2005' from Murder (indeterminate) over the Att. murder sentence (determinate) in 97CR878 when the sentences were ran 'concurrent' making the sentences only one sentence.

(a) Supporting facts (Be brief. Do not cite cases or law.):

① See supporting facts in the appendix of Appellate Brief (19-121774-A) filed 5-26-20 attached and filed with this 28 U.S.C. § 2241.

② See memorandum in support - 28 U.S.C. § 2241

③ KDOC's Website Kasper.com — showing false information to the public; it only shows Att. murder (68yrs) as Mr. Love's sentence. Where's the controlling murder sentence? Where's the 25yr P.E. date?

(b) Did you present Ground Four in all appeals that were available to you?
☒ Yes ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:



**Request for Relief**

15. State exactly what you want the court to do: Immediate release; for I was granted "Parole" from the "controlling" murder sentence in '2005' illegally by the Parole Board. You can't separate concurrent sentences. So, once I completed the 25yrs 8-28-22, by law I should've been automatically granted parole given me in '2005'. I never got out once the Board paroled me from the "controlling" life sentence. Life is longer than 68yrs (816 mo) so 816 months control nothing. Life merge into 816 months being only one sentence = life w/ 25yr P.E. date.

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

__Electronically mailed__

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 10-25-22

_Levi Love III Paralegal_
Signature of Petitioner

_Levi Love Paralegal / pro se_
Signature of Attorney or other authorized person, if any

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
IN FORMA PAUPERIS AFFIDAVIT

I do solemnly swear that the claim set forth in this petition is ,ust, and I do further swear that by reason of my poverty I am unable to pay a docket fee.

I, __Levi Love III__, declare under penalty of purjury that the foregoing is true and correct.

Executed on __10-25-22__.
(Date)

__Levi Love__
Signature of Petitioner